PER CURIAM.
This is an appeal[1] from a summary denial of a Rule 3.850, Florida Rules of Criminal Procedure, motion for post-conviction relief. Contrary to the requirements of Rule 3.850,[2] the motion did not state whether there was an appeal from the judgment or sentence and the disposition thereof, nor did the motion state whether a previous post-conviction motion had been filed and, if so, how many, nor was the motion under oath. The order appealed is affirmed without prejudice to defendant’s filing a sufficient motion providing the required information under oath raising the same substantive issues. Saxon v. State, 384 So.2d 35 (Fla. 5th DCA 1980); Monroe v. State, 371 So.2d 683 (Fla.2d DCA 1979).
AFFIRMED.
ORFINGER, COBB and COWART, JJ., concur.

. Rule 9.140(g), Fla.R.App.P.

. The rules provide a complete fill-in-the-blanks form to assist prisoners in preparing 3.850 motions.